■ In the Matter of the Arbitration between ADF CONSTRUCTION CORP., Appellant, and MENTHOLATUM Co., INC., Re-

spondent. [703 NYS2d 771] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, O'Donnell, J. (Appeal from Judgment of Supreme Court, Erie County, O'Donnell, J.—Arbitration.) Present—Pine, J. P., Hayes, Scudder and Lawton, JJ.